FILED
AUG 20 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:25-cr-108 |
| v. | INDICTMENT |
| BRANDON LEE ARCHIBALD, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| Defendant. | 18 U.S.C. § 2252A(a)(1) |
| | 18 U.S.C. § 2252A(a)(2) |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| | 18 U.S.C. § 2252A(b)(1) |
| | 18 U.S.C. § 2252A(b)(2) |
| | 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

On or about June 28, 2022, in the Southern District of Iowa, and elsewhere, the defendant, BRANDON LEE ARCHIBALD, attempted to and did employ, use, persuade, induce, and entice a minor, Minor Victim #1, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and



1

facility of interstate or foreign commerce and in and affecting interstate and foreign commerce.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u><br>
(Attempted Sexual Exploitation of a Child)

On or about May 25, 2023, in the Southern District of Iowa, and elsewhere, the defendant, BRANDON LEE ARCHIBALD, attempted to employ, use, persuade, induce, and entice a minor, Minor Victim #2, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

On or about June 23, 2023, in the Southern District of Iowa, and elsewhere, the defendant, BRANDON LEE ARCHIBALD, attempted to and did employ, use, persuade, induce, and entice a minor, Minor Victim #3, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce and in and affecting interstate and foreign commerce.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

THE GRAND JURY FURTHER CHARGES:

COUNT 4
(Receipt of Child Pornography)

On or about June 23, 2023, in the Southern District of Iowa, the defendant, BRANDON LEE ARCHIBALD, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)—namely: digital computer files depicting Minor Victim #3 that the defendant received via text message—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 5
### (Transportation of Child Pornography)

Between about January 21, 2024, and February 13, 2024, in the Southern District of Iowa, the defendant, BRANDON LEE ARCHIBALD, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)—namely: a video file using the Telegram application—using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
**(Possession of Child Pornography)**

On or about May 15, 2024, in the Southern District of Iowa, the defendant, BRANDON LEE ARCHIBALD, knowingly possessed material—namely: a Samsung S24 Ultra, Model SM-S928U1 cellular telephone—that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1, 2, 3, 4, 5, and/or 6 of this Indictment, the defendant, BRANDON LEE ARCHIBALD, shall forfeit to the United States the defendant's interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a Samsung S24 Ultra, Model SM-S928U1 cellular telephone and a UMX, Model U696CL cellular telephone.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Adam J. Kerndt
Assistant United States Attorney